JAMES W. OWENS, Administrator,

*vs.*

ROBERT MOSS et al., Administrators.

*Dismissal of Appeal.*

The burden is on the appellant to show the cause of the failure to file the transcript of the record within the period fixed by the rule of court, and that it was occasioned by the neglect of the clerk or of the appellee.

*Decided January 13th, 1921.*

Appeal from the Circuit Court for Anne Arundel County (Forsythe, J.).

The cause was argued before Briscoe, Thomas, Urner, Stockbridge, Adkins, and Offutt, JJ.

*James W. Owens,* for the appellant.

*A. Theodore Brady* and *Nicholas H. Green,* for the appellees.

*Per curiam* opinion.